**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Synopsys, Inc.    v.    Mentor Graphics Corporation

No. 14-1516, 1530

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se    [✓] As counsel for:    Mentor Graphics Corporation
                                                            Name of party

I am, or the party I represent is (select one):

[ ] Petitioner    [ ] Respondent    [ ] Amicus curiae    [✓] Cross Appellant

[ ] Appellant    [ ] Appellee    [ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant    [ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Christopher L. McKee |
| Law firm: | Banner & Witcoff, LTD |
| Address: | 1100 13th Street, NW, Suite 1200 |
| City, State and ZIP: | Washington, DC 20005-4051 |
| Telephone: | (202) 824-3000 |
| Fax #: | (202) 824-3001 |
| E-mail address: | cmckee@bannerwitcoff.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): May 10, 1991

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes    [✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

| | |
|---|---|
| June 18, 2014 | /s/ Christopher L. McKee |
| Date | Signature of pro se or counsel |

cc: William H. Wright, Travis Jensen

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of June 2014, I caused the foregoing Entry of Appearance to be filed with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all registered CM/ECF users.

  /s/ Christopher L. McKee
Christopher L. McKee
BANNER & WITCOFF, LTD.
1100 13th Street, N.W., Suite 1200
Washington, DC  20005-4051
Telephone:  (202) 824-3000
Facsimile:   (202) 824-3001
cmckee@bannerwitcoff.com