NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MENTOR GRAPHICS CORPORATION,**
*Plaintiff-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE, UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY,**
*Defendant-Appellee,*

AND

**SYNOPSYS, INC.,**
*Defendant-Appellee.*

---

2013-1669

---

Appeal from the United States District Court for the Eastern District of Virginia in No. 1:13-cv-00518-CMH-TCB, Senior Judge Claude M. Hilton.

------------------------------------------------------------------------

**SYNOPSYS, INC.,**
*Appellant,*

v.

# MENTOR GRAPHICS CORPORATION,
*Cross-Appellant.*

---

2014-1516, -1530

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00042.

---

# O R D E R

The above-captioned appeals are related.

Accordingly,

IT IS ORDERED THAT:

(1) The stay in Appeal No. 2013-1669 is hereby lifted.

(2) The above-captioned appeals shall be considered companion cases and assigned to the same merits panel for oral argument.

(3) In Appeal No. 2013-1669, Mentor Graphics Corp.'s opening brief is due no later than August 4, 2014. Appellees' response briefs are due within 40 days of filing of Mentor Graphics's opening brief. Mentor Graphics's reply brief is due within 14 days of filing of appellees' response briefs. The joint appendix is due within 7 days of filing of Mentor Graphics's reply brief.

(4) In Appeal Nos. 2014-1516, -1530, Synopsys, Inc.'s opening brief is due no later than August 4, 2014. Mentor Graphics's opening/response brief is due within 40 days of filing of Synopsys's opening brief. Synopsys's response/reply brief is due within 40 days of filing of Mentor Graphics's opening/response brief. Mentor Graphics's

reply brief is due within 14 days of filing of Synopsys's response/reply brief. The joint appendix is due within 7 days of filing of Mentor Graphics's reply brief.

          FOR THE COURT

          /s/ Daniel E. O'Toole
          Daniel E. O'Toole
          Clerk of Court

s30