NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYNOPSYS, INC.,**
*Appellant,*

v.

**MENTOR GRAPHICS CORPORATION,**
*Cross-Appellant,*

v.

**MICHELLE K. LEE, DEPUTY DIRECTOR, U.S. PATENT AND TRADEMARK OFFICE,**
*Intervenor.*

---

2014-1516, -1530

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2012-00042.

---

**ON MOTION**

---

**O R D E R**

The Under Secretary of Commerce for Intellectual Property and Director of the United States Patent and

Trademark Office ("Director") moves to intervene in these appeals.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The Director's brief shall be due within 40 days of the filing of Mentor Graphics Corporation's principal brief. Synopsis, Inc.'s response/reply brief shall be due within 40 days of the filing of the Director's brief. Mentor Graphics Corporation's reply brief shall be due within 14 days of the filing of Synopsis, Inc.'s reply brief.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26